**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **R&L CARRIERS, INC.**, | : | **CASE NO. 1:08CV805 SSB** |
| **PLAINTIFF**, | : | **[JUDGE SANDRA S. BECKWITH]** |
| v. | : | |
| **INTERSTATE DISTRIBUTOR COMPANY**, | : | |
| **DEFENDANT.** | : | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1, Plaintiff, R&L Carriers, Inc. ("R&L"), makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation?
   _____ Yes     \_\_\_\_X\_\_\_\_ No

   If Yes, list below the identity of such parent, subsidiary or affiliate corporation, and the relationship between it and the named party.

2. Is there a publicly owned corporation, not a party to the case that has a financial interest in the outcome?     _____ Yes     \_\_\_\_X\_\_\_\_ No

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest.

Respectfully submitted,


*/s/ Charles H. Brown, III*
Charles H. Brown, III (0038884)
John D. Luken (0013326)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 E. Fifth Street
Cincinnati, OH 45202
Tel: (513) 977-8200
Fax: (513) 977-8141
E-mail: chip.brown@dinslaw.com
john.luken@dinslaw.com

Attorneys for Plaintiff R&L Carriers, Inc.

1587186_1