# EXHIBIT

# P

# Dinsmore&Shohl LLP
ATTORNEYS



Geoffrey L. Oberhaus
(513) 977-8623
Geof.oberhaus@dinslaw.com

September 24, 2008

**VIA FEDEX**
DriverTech LLC
1960 S. Milestone Drive
Salt Lake City, Utah 84104

Re: <u>Patent Rights in Bill of Lading Transmission and Processing Systems</u>

Dear Sirs:

    We represent R&L Carriers located in Wilmington, Ohio, and we are writing on its behalf. As you may know, R&L Carriers is the owner of United States Patent No. 6,401,078 (the '078 Patent) relating to the remote processing of shipping documents from a motor vehicle. Our client also has U.S. patent applications pending covering these and related devices which further expand R&L Carriers' exclusive rights. These patent applications have been published as US 2002/0103728; US 2008/0091575; and US 2008/0086393 ("Patent Publications"). We enclose copies of the '078 Patent and the Patent Publications so that you are aware of the existence of the patent and pending applications.

    We have been advised that your company may be or is selling a DriverTech DT4000 TruckPC device and promoting the use of the device to motor carriers to remotely transmit shipping documents from a vehicle to a remote processing facility. We are contacting you to verify that you are aware of R&L Carriers patent rights and to seek further information from you regarding your product and related promotional activities which may, directly or indirectly, infringe the '078 Patent owned by R&L Carriers. We are likewise concerned that your device and its use may be encompassed by one or more of the pending claims in the Patent Publications.

    Please be advised that R&L Carriers aggressively protects its valuable intellectual property rights. Any sales or use of bill of lading transmission methods, systems or related devices within the scope of the '078 Patent will not be tolerated.

    At this point, we assume that you intend to respect the intellectual property rights of R&L Carriers, and will cease and desist any sale, promotion or inducement of

255 East Fifth Street, Suite 1900  Cincinnati, OH  45202
513.977.8200   513.977.8141 fax   www.dinslaw.com

DriverTech LLC
September 24, 2008
Page 2

the use of bill of lading transmission methods, systems or related devices within the scope of the '078 Patent. In order to resolve any misunderstandings, however, we ask that you advise us to the extent your company has sold and/or promoted the use of bill of lading transmission methods, systems or related devices within the scope of the '078 Patent, or when that sale and/or promotion of the use ceased. If you don't believe that your company has done so, we request that you provide us with information in sufficient detail to permit us to independently ascertain whether or not the product falls within the scope of the '078 Patent or the Patent Applications. Finally, we would like your written confirmation that your company will not sale or promote the use of such bill of lading transmission methods, systems or related devices in the future.

   We look forward to hearing from you on or before October 1, 2008, and resolving this issue. If you fail to do so, R&L Carriers will swiftly and aggressively pursue all legal remedies to which it is entitled. Thank you for your attention to this matter.

              Very truly yours,

              Geoffrey L. Oberhaus

GLO

Enclosures

Cc: Jeffrey C. Wade, Esq.

1560696_3.DOC

Dinsmore&Shohl LLP