UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: Bill of Lading Transmission and Processing System Patent Litigation.<br><br>R+L CARRIERS, INC.,<br><br>     PLAINTIFF,<br><br>V.<br><br>AFFILIATED COMPUTER SERVICES, INC., ET AL.,<br><br>     DEFENDANTS. | Case No. 1:09-md-2050-SSB |

## DEFENDANTS' JOINT MOTIONS TO DISMISS
## WITH MEMORANDUM IN SUPPORT

Pursuant to FEDERAL RULE OF CIVIL PROCEDURES 12(b)(6), Affiliated Computer Services, Inc. ("ACS"), DriverTech, LLC ("DriverTech"), Intermec Technologies Corp. ("Intermec"), Microdea, Inc. ("Microdea"), PeopleNet Communications Corporation ("PeopleNet"), and Qualcomm Incorporated ("Qualcomm") (collectively, "Defendants") ("R+L's Amended Claims") move to dismiss R+L Carriers, Inc.'s ("R+L") amended claims of contributory and active inducement of patent infringement and new claim of "declaratory judgment of justiciable controversy."[1]

---

[1] *See* First Amended Complaint Against ACS (Doc. 124); First Amended Complaint Against DriverTech (Doc. 121); First Amended Complaint Against Intermec (Doc 126); First Amended Complaint Against Microdea (Doc. 122); First Amended Complaint Against PeopleNet (Doc. 125); First Amended Complaint Against Qualcomm (Doc. 123).

85598289.1

This Motion is supported by the attached Memorandum in Support, as well as the following joinders that set forth the deficiencies in R+L's claims as to same for each identified Defendant:

- Exhibit 1 – ACS;
- Exhibit 2 – DriverTech;
- Exhibit 3 – Intermec;
- Exhibit 4 – Microdea;
- Exhibit 5 –PeopleNet; and
- Exhibit 6 – Qualcomm.

This Motion is further supported by the following exhibits:

- Exhibit 7 – 02/02/10 Transcript of the Hearing on Motions to Dismiss;
- Exhibit 8 – 04/06/10 Transcript of the Hearing of Status Conference;
- Exhibit 9 – R+L's Preliminary Claim Construction For U.S. Patent No. 6,401,078; and
- Exhibit 10     U.S. Patent No. 6,401,078.

Dated: April 27, 2010

Respectfully submitted,

s/ Douglas J. Williams
Douglas J. Williams
dwilliams@fulbright.com
Laura J. Borst
lborst@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
2100 IDS CENTER
80 S. Eighth Street
Minneapolis, Minnesota 55402-2112
Telephone: (612) 321-2800
Facsimile: (612) 321-2288

Richard S. Zembek
rzembek@fulbright.com
Melanie B. Rother
mrother@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246


James E. Burke (0032731)
jburke@kmklaw.com
Jennifer J. Morales (0076835)
jmorales@kmklaw.com
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Telephone: (513) 579-6400
Facsimile: (513) 579-6457

***COUNSEL FOR DEFENDANTS PEOPLENET COMMUNICATIONS CORPORATION, QUALCOMM INCORPORATED, AND MICRODEA, INC.***


/s/Thomas H. Shunk

Thomas H. Shunk (0025793)
tshunk@bakerlaw.com;
Christina J. Moser (0074817)
cmoser@bakerlaw.com
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Telephone: 216.621.0200
Facsimile: 216.696.0740

W. Breck Weigel (0030160)
wweigel@bakerlaw.com
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202-4074
Telephone: 513.929.3400
Facsimile: 513.929.0303

***COUNSEL FOR DEFENDANT***

*AFFILIATED COMPUTER SERVICES, INC.*

/s/Scott M. Petersen
Scott M. Petersen
spetersen@fabianlaw.com
Phillip D. Dracht
pdracht@fabianlaw.com;
FABIAN & CLENDENIN
215 S. State St., Suite 1200
Salt Lake City , UT 84111-2323
Telephone:  (801) 531-8900
Facsimile:  (801) 596-2814

*COUNSEL FOR DEFENDANT DRIVERTECH, LLC*


/s/Carson P. Veach
Carson P Veach
cveach@freebornpeters.com;
Matthew Kramer
mkramer@freebornpeters.com
FREEBORN & PETERS
311 South Wacker Dr.
Suite 3000
Chicago, IL 60606
Telephone:  312-360-6382
Facsimile:  312-360-6995

*COUNSEL FOR DEFENDANT INTERMEC, INC.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that Defendants conferred with opposing counsel in a good-faith effort to resolve the matter without court action.

/s/ Richard S. Zembek
Richard S. Zembek

85598289.1

-4-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 27, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ Douglas J. Williams