UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| IN RE: Bill of Lading Transmission and Processing System Patent Litigation | MDL Docket No. 1:09-md-2050 |
| | JUDGE BECKWITH |
| This document relates to: | |
| R+L CARRIERS, INC., Plaintiff, vs. SMARTLOGIX, INC., Defendant. | Case No.: 1:09-cv-180 |

### STIPULATED ORDER OF DISMISSAL OF COMPLAINT AND COUNTERCLAIM

This matter came before the Court on the R+L Carriers, Inc. ("R+L") and SMARTLogix, Inc. ("SMARTLogix") Joint Motion for Voluntary Dismissal of Complaint and Counterclaim. For good cause shown, the motion is GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that R+L's Complaint for Patent Infringement with respect to SMARTLogix is voluntarily dismissed, without prejudice;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that SMARTLogix's Counterclaim against R+L is voluntarily dismissed, without prejudice; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, pursuant to the parties' agreement, both parties shall bear their own costs and attorneys' fees incurred in connection with the above action.

Date: June 8th, 2010

SO ORDERED.

The Honorable Sandra S. Beckwith
U.S. District Court Judge

AGREED TO AND ACCEPTED BY:

| | | | |
|---|---|---|---|
| /s/ Anthony C. White | | /s/ Albert P. Allan | |
| Anthony C. White | (0062146) | Albert P. Allan | (*pro hac vice*) |
| O. Judson Scheaf, III | (0040285) | ALLAN IP LITIGATION | |
| Philip B. Sineneng | (0083406) | 409 East Boulevard, Suite 201 | |

THOMPSON HINE LLP
41 South High Street, Suite 1700
Columbus, Ohio  43215-6101
Tel:   (614) 469-3200
Fax:  (614) 469-3361
Tony.White@ThompsonHine.com
Jud.Scheaf@ThompsonHine.com
Philip.Sineneng@ThompsonHine.com

Charlotte, North Carolina 28203
Tel:  (704) 371-5605
Fax: (704) 372-7411
alallan@allaniplitigation.com

*Attorneys for Defendant/Counterclaim-Plaintiff SMARTLogix, Inc.*

Megan D. Dortenzo         (0079047)
Troy S. Prince                  (0077443)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH  44114
Tel:  (216) 566-5500
Fax: (216) 566-5800
Megan.Dortenzo@ThompsonHine.com
Troy.Prince@ThompsonHine.com

*Attorneys for Plaintiff/Counterclaim-Defendant R+L Carriers, Inc.*