# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: Bill of Lading Transmission And Processing System Patent Litigation | : : : | MDL Docket No. 1:09-md-2050 |
| THIS DOCUMENT APPLIES TO: | : : | Case No. 1:09-cv-532 Case No. 1:09-cv-179 |
| R&L Carriers, Inc., | : : | Case No. 1:09-cv-445 Case No. 1:09-cv-818 |
| Plaintiff, v. | : : : | Case No. 2:08-cv-862 (D. Utah) Case No. 09-cv-144 (D. Minn.) Case No. 1:12-cv-473 |
| AFFILIATED COMPUTER SERVICES, INC., et al., | : : | |
| Defendants. | | |

## ORDER

At the direction of the presiding Judge, it is hereby **ORDERED** that the undersigned's January 7, 2013 Report and Recommendation (Doc. 309) is herein **WITHDRAWN**. Accordingly, **the CLERK is DIRECTED** to remove Document 309 from the active docket in this matter.

**IT IS SO ORDERED.**

*s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge