# United States Court of Appeals for the Federal Circuit

---

**R+L CARRIERS, INC.,**
*Plaintiff-Appellant,*

v.

**PITT OHIO EXPRESS INC.,**
*Defendant-Appellee.*

---

2012-1471

---

Appeal from the United States District Court for the Southern District of Ohio (Cincinnati) in No. 10-CV-0090, Judge Sandra S. Beckwith.

---

**JUDGMENT**

---

ANTHONY C. WHITE, Thompson Hine, LLP, of Columbus, Ohio, argued for plaintiff-appellant. With him on the brief were MEGAN D. DORTENZO, of Cleveland, Ohio, and STEPHEN J. BUTLER, of Cincinnati, Ohio. Of counsel was TROY S. PRINCE, of Cleveland, Ohio.

GRETCHEN L. JANKOWSKI, Buchanan Ingersoll & Rooney, PC, of Pittsburgh, Pennsylvania, argued for defendant-appellee. With her on the brief was MICHAEL L. DEVER.

---

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

PER CURIAM (NEWMAN, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 6, 2013     /s/ Jan Horbaly
Date     Jan Horbaly
Clerk

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

12-1471

**R+L CARRIERS, INC.,**

*Plaintiff – Appellant,*

v.

**PITT OHIO EXPRESS INC.,**

*Defendant – Appellee.*

Appeal from the United States District Court for the Southern District of Ohio (Cincinnati) in No. 10-CV-0090 Senior Judge Sandra S. Beckwith.

## MANDATE

In accordance with the judgment of this Court, entered February 6, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Stephen Butler Sr.
Clerk of Court, Southern District of Ohio (Cincinnati)
Michael L. Dever
Megan Dortenzo
Gretchen Lee Jankowski
Anthony C. White