UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| | ) | MDL Docket No. 1:09-md-2050 |
| | ) | |
| **IN RE:  Bill of Lading Transmission and** | ) | JUDGE BECKWITH |
| **Processing System Patent Litigation** | ) | |
| | ) | **ALL CASES** |

_____

**DEFENDANTS' JOINT RESPONSE TO R+L CARRIERS, INC.'S
NOTICE OF FIRST OFFICE ACTION AND SUPPLEMENTAL
MEMORANDUM IN SUPORT OF ITS MOTION FOR STAY PENDING
PATENT REEXAMINATION**
_____

In response to R+L Carriers, Inc.'s supplemental memorandum in support of its motion for stay pending reexamination, the Defendants in this matter jointly continue to assert their opposition to the requested stay for the reasons stated in their prior submitted briefs.  Defendants will otherwise supplement their opposition if the Court would prefer that one or more points be further addressed.

Date: December 20, 2013

Respectfully submitted,

*/s/ Douglas J. Williams*
Douglas J. Williams
CARLSON, CASPERS, VANDENBURGH,
  LINDQUIST & SCHUMAN
225 South Sixth Street, Suite 4200
Minneapolis, MN  55402
Telephone: 612-436-9600
Facsimile:  612-436-9605
Email: dwilliams@carlsoncaspers.com

Richard S. Zembek
FULBRIGHT & JAWORSKI LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Laura J. Borst
FULBRIGHT & JAWORSKI LLP
2100 IDS CENTER
80 S. Eighth Street
Minneapolis, Minnesota 55402-2112
Telephone: (612) 321-2800
Facsimile: (612) 321 2288

James E. Burke (0032731)
KEATING MUETHING & KLEKAMP LLP
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Telephone: (513) 579-6400
Facsimile: (513) 579-6457

**COUNSEL FOR DEFENDANTS QUALCOMM INCORPORATED, MICRODEA, INC., AND PEOPLENET COMMUNICATIONS CORPORATION**


*/s/ Thomas H. Shunk*
Thomas H. Shunk (0025793)
tshunk@bakerlaw.com
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Telephone: (216) 621-0200
Facsimile: (216).696-0740

**COUNSEL FOR XEROX BUSINESS SERVICES, LLC, F/K/A AFFILIATED COMPUTER SERVICES, INC. AND FFE TRANSPORTATION SERVICES, INC.**

/s/ Scott M. Petersen
Scott M. Petersen
spetersen@fabianlaw.com
Phillip D. Dracht
pdracht@fabianlaw.com
FABIAN & CLENDENIN
215 S. State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900
Facsimile: (801) 596-2814

**COUNSEL FOR DEFENDANT DRIVERTECH, LLC**

/s/ Carson P. Veach
Carson P. Veach
cveach@freebornpeters.com;
David S. Becker
Jacob D. Koering
Matthew J. Kramer
FREEBORN & PETERS
311 South Wacker Dr., Suite 3000
Chicago, Illinois 60606
Telephone: (312) 360-6382
Facsimile: (312) 360-6995

Kara A. Czanik (0075165)
GRAYDON HEAD &RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202
Telephone: (513) 629-2746
Facsimile: (513) 651-3836

**COUNSEL FOR DEFENDANT INTERMEC TECHNOLOGIES CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2013, a true and correct copy of the foregoing **Defendants' Joint Response to R+L Carrier's Inc.'s Notice of First Office Action and Supplemental Memorandum in Support of Its Motion For Stay Pending Patent Reexamination** was filed with the Clerk of Court using the CM/ECF system which will provide an electronic copy to all counsel of record.

          */s/ Douglas J. Williams*
          Douglas J. Williams