# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

|  |  |
|---|---|
| **IN RE:  Bill of Lading Transmission and Processing System Patent Litigation** | MDL Docket No. 1:09-md-2050 |
|  | JUDGE BECKWITH |
| This document relates to: |  |
| **R+L CARRIERS, INC.** |  |
| Plaintiff/Counterclaim-Defendant, | Case No.:  2:10-CV-00090 |
| vs. | **JOINT NOTICE OF SATISFACTION OF JUDGMENT** |
| **PITT OHIO EXPRESS, INC.** |  |
| Defendant/Counterclaim-Plaintiff. |  |

WHEREAS a judgment was entered in the above action on June 6, 2012 (Docket No. 273) in favor of Defendant Pitt Ohio Express, Inc., and against Plaintiff R+L Carriers, Inc., in the amount of $261,360.26; and

WHEREAS such judgment was affirmed by the U.S. Court of Appeals for the Federal Circuit on February 6, 2013 in Appeal No. 12-1471; and

WHEREAS R+L Carriers, Inc. fully paid such judgment to Pitt Ohio Express, Inc. on April 12, 2013 and owed no further costs or expenses to Pitt Ohio Express, Inc. thereafter;

PLEASE TAKE NOTICE THAT full and complete satisfaction of said judgment to Pitt Ohio Express, Inc. is hereby acknowledged, and the Clerk of Court is hereby authorized and requested to make an entry of the full and complete on the docket of said judgment as of April 12, 2013.

2

Respectfully submitted,

| /s/ Anthony C. White | /s/ Gretchen L. Jankowski |
|---|---|
| Anthony C. White (0062146)<br>*Trial Attorney*<br>Philip B. Sineneng (0083406)<br>THOMPSON HINE LLP<br>41 South High Street, Suite 1700<br>Columbus, OH  43215-6101<br>Tel:   (614) 469-3200<br>Fax:  (614) 469-3361<br>Tony.White@ThompsonHine.com<br>Philip.Sineneng@ThompsonHine.com<br><br>Megan D. Dortenzo (0079047)<br>THOMPSON HINE LLP<br>3900 Key Center<br>127 Public Square<br>Cleveland, OH  44114<br>Tel:   (216) 566-5500<br>Fax:  (216) 566-5800<br>Megan.Dortenzo@ThompsonHine.com<br><br>*Attorneys for Plaintiff R+L Carriers, Inc* | Michael L. Dever (*pro hac vice*)<br>Gretchen L. Jankowski (*pro hac vice*)<br>BUCHANAN INGERSOLL & ROONEY PC<br>One Oxford Centre, 20th Floor<br>301 Grant Street<br>Pittsburgh, PA  15219-1410<br>Tel:   (412) 562-8800<br>Fax:  (412) 562-1041<br>michael.dever@bipc.com<br>gretchen.jankowski@bipc.com<br><br>*Attorneys for Defendant Pitt Ohio Express, Inc.* |

.

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2014, I electronically filed the foregoing *Joint Notice of Satisfaction of Judgment* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record, including the following:

>Michael L. Dever
>Gretchen L. Jankowski
>BUCHANAN INGERSOLL & ROONEY PC
>One Oxford Centre, 20th Floor
>Pittsburgh, PA  15219-1410
>michael.dever@bipc.com
>gretchen.jankowski@bipc.com
>
>*Attorneys for Defendant/Counterclaim-Plaintiff*
>*Pitt Ohio Express, Inc.*

        /s/ Philip B. Sineneng
    Philip B. Sineneng