**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

|  |  |
|---|---|
| **IN RE:  Bill of Lading Transmission and Processing System Patent Litigation** ) ) ) ) ) | MDL Docket No. 1:09-md-2050<br><br>JUDGE BECKWITH<br><br>ALL CASES |

## NOTICE OF WITHDRAWAL

Please take notice that John W. Ryan, Esq. of the law firm of Thompson Hine LLP, hereby gives notice of his withdrawal as counsel for Plaintiff R+L Carriers, Inc.  The remaining attorneys of record from Thompson Hine LLP will continue to represent Plaintiff in this matter.  Please continue to direct all orders, pleadings, motions, correspondence and other material pertaining to this matter to the Plaintiff's remaining attorneys of record.

Date:   December 23, 2014                     Respectfully Submitted,

                                                   /s/ Anthony C. White
                                              Anthony C. White          (0062146)
                                                    *Trial Attorney*
                                              Philip B. Sineneng         (0083406)
                                              Stephanie M. Chmiel       (0087555)
                                              41 South High Street, Suite 1700
                                              Columbus, OH  43215-6101
                                              Tel:  (614) 469-3200
                                              Fax:  (614) 469-3361
                                              *Tony.White@ThompsonHine.com*
                                              *Philip.Sineneng@ThompsonHine.com*
                                              *Stephanie.Chmiel@ThompsonHine.com*

Megan D. Dortenzo (0079047)
Arthur P. Licygiewicz (0068458)
3900 Key Center
127 Public Square
Cleveland, OH  44114-1291
Tel:  (216) 566-5500
Fax:  (216) 566-5800
*Megan.Dortenzo@ThompsonHine.com*
*Art.Licygiewicz@ThompsonHine.com*

Stephen J. Butler (0010401)
312 Walnut Street, 14th Floor
Cincinnati, OH  45202-4089
Tel:  (513) 352-6700
Fax: (513) 241-4771
*Stephen.Butler@ThompsonHine.com*

Thomas A. Haas (*pro hac vice*)
 1919 M Street, NW, Suite 700
Washington, DC  20036-3537
Tel: (202) 331-8800
Fax: (202) 331-8330
*Thomas.Haas@ThompsonHine.com*

*ATTORNEYS FOR R+L CARRIERS, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2014, a true and correct copy of the foregoing *Notice of Withdrawal* was filed with the Clerk of Court using the CM/ECF system which will provide an electronic copy to all counsel of record.

                                                  /s/ Megan D. Dortenzo
                                                  Megan D. Dortenzo